UNITED STATES of America,
Plaintiff–Appellee

v.

Francisco LUGO–GUTIERREZ,
Defendant–Appellant.

No. 12–41075
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 20, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Federal Public Defender's Office Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, SMITH, and GRAVES, Circuit Judges.

---

PER CURIAM: *

Francisco Lugo–Gutierrez appeals the 60–month sentence imposed following his conviction of being present unlawfully in the United States following deportation. He argues that the district court erred by imposing a 16–level enhancement pursuant to U.S.S.G. § 2L1.2(b)(1)(A)(ii) based on his prior conviction for indecency with a child by sexual contact under § 21.11(a)(1) of the Texas Penal Code. He concedes, however, that his arguments are foreclosed by our decision in *United States v. Rodriguez*, 711 F.3d 541, 562–63 (5th Cir.2013) (en banc), *petition for cert. filed* (June 6, 2013) (No. 12–10695). Accordingly, the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.